AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GRANT HOLYOAK
ETHEL HOLYOAK

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES

CASE NUMBER:   05-1829 HHK

TO: (Name and address of Defendant)

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT HOLYOAK
ETHEL HOLYOAK
2530 N. Longview Avenue
Kingman, AZ 86413

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    DEC 6 2005

CLERK  _(signature)_                               DATE

(By) DEPUTY CLERK

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7004 1350 0004 1967 6821

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.06

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____   Jan 11, 2006
Grant Holyoak                 Date

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.04 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.06 |

Sent To: Alberto Gonzales
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave
City, State, ZIP+4 Washington, DC 20530

Computer Shows
Delivered 3:44 am
Dec 27 2005
Washington, D.C.
20530