AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GRANT HOLYOAK
ETHEL HOLYOAK

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES

CASE NUMBER: 05-1829 HHK

TO: (Name and address of Defendant)

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GRANT HOLYOAK
ETHEL HOLYOAK
2530 N. Longview Avenue
Kingman, AZ 86413

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                         DEC 6   2005

CLERK                                                  DATE

*Laura Chipley*

(By) DEPUTY CLERK

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7003 0500 0005 0561 1054

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.06

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____     _____
Grant Holyoak                                               Date  Jan 11, 2006

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.06 |

Postmark Here

Sent To: Kenneth L. Wainstein
Street, Apt. No.; or PO Box No. 555-4th St N.W.
City, State, ZIP+4 Washington, D.C. 20530

PS Form 3800, June 2002

Computer shows Delivery 3:44 Am Dec 27, 2005 Washington, D.C. 20530

Page 2