IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

GRANT HOLYOAK             )
ETHEL HOLYOAK,            )
                        )
        Plaintiffs,        )
                        )
      v.                )      No: 1:05-cv-1829 (HHK)
                        )
UNITED STATES,            )
                        )
        Defendant.       )

## UNITED STATES' MOTION TO DISMISS

DEFENDANT, the United States of America, moves under Fed. R. Civ. P. 12(b),

to dismiss plaintiffs' amended complaint.

As grounds for this motion, the United States submits that plaintiffs failed to

properly serve the United States and the Court lacks subject matter jurisdiction over the

amended complaint.

A memorandum of points and authorities  in support of this motion and a

proposed order are submitted herewith.

DATE:  March 6, 2006.

Respectfully submitted,


 /s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS

was caused to be served upon plaintiffs *pro se* on the 6th day of March, 2006, by

depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> GRANT HOLYOAK
> ETHEL HOLYOAK
> Plaintiffs *pro se*
> 2530 n. Longview Avenue
> Kingman, AZ 86413

> /s/ Pat S. Genis
> PAT S. GENIS, #446244

506.1