IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT HOLYOAK & <br> ETHEL HOLYOAK <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No: 1:05-cv-1829 (HHK) <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

Having considered the United States' motion to dismiss the amended complaint, together with the memorandum in support thereof, and having further considered plaintiffs' [lack of] opposition thereto, the Court concludes that the motion ought to be granted.  Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' amended complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1581105.1

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

GRANT HOLYOAK
ETHEL HOLYOAK
2530 N. Longview Avenue
Kingman, AZ 86413

CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiffs *pro se* on the 6th day of March, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> GRANT HOLYOAK
> ETHEL HOLYOAK
> 2530 N. Longview Avenue
> Kingman, AZ 86413

                              /s/ Pat S. Genis
                              PAT S. GENIS, #446244