*original*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Washington D.C.

| Grant Holyoak and Ethel Holyoak, | Plaintiffs, vs. UNITED |

STATES,                       Defendants.)))))))))))   CASE No 1:05-cv-
01829-HHK   VERIFIED NOTICE OF VOLUNTARY DISMISSAL OF ACTION
Fed.R.Civ.P. Rule 41

COMES NOW, Grant Holyoak and Ethel Holyoak, ("Plaintiffs") hereby dismissing the above-captioned action by filing this verified notice of voluntary dismissal without prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(1)(i). Dismissal of Actions:

(a) Voluntary Dismissal: Effect Thereof.

(1) By Plaintiff; By Stipulation.

"Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court (i) *by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs . . .*"

1. On or about September 14, 2005, the above Plaintiff, Grant Holyoak filed this action and on or about October 25, 2005, Plaintiff filed an amended complaint.

2. On or about March 6, 2006, Defendant the United States filed a motion to dismiss on March 6, 2006, pursuant to Fed.R.Civ.P. 12(b).

3. In *Sequa Corp. v. Cooper*, 245 F.3d 1036, 1037 (8th Cir. 1999). it states:

"The filing of a proper notice of dismissal terminates the action immediately, so that the court may not issue further orders in the case relating to the merits of the dispute."

RECEIVED

MAR 10 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. Finally, in *Janssen* the court also states:

> "The filing of a proper notice or stipulation of dismissal terminates the action without any necessity or approval by the court. See *Janssen v. Harris*, 321, F.3d 998, 1000-1001 (10th Cir.2003)

5. The defendant has not served an answer to the summons and complaint or filed a motion for summary judgment; therefore, Plaintiffs properly dismisses this case as a matter of law.

WHEREFORE, in the interest of judicial economy, the Plaintiffs hereby dismiss this action without prejudice, for the reasons stated herein.

## VERIFICATION

I/we, Grant Holyoak and Ethel Holyoak, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of our knowledge and belief.

Respectfully submitted and VERIFIED this 8th day of March, 2006.

Signature: _____
Grant Holyoak, Plaintiff
2530 N. Longview Ave.
Kingman, Arizona 86413

Signature: _____
Ethel Holyoak, Plaintiff
2530 N. Longview Ave.
Kingman, Arizona 86413