UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT HOLYOAK,<br><br>              Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>              Defendant. | Civil Action 05-01829 (HHK) |

**ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S DISPOSITIVE MOTION**

This matter comes before the court upon defendant's Motion to Dismiss filed on March 6, 2006. Plaintiff, proceeding *pro se*, has yet to file a response or opposition to the motion.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is this 16th day of March, 2006, hereby

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss by April 13, 2006. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of defendant. *See* LCvR 7(b).

                                                                         Henry H. Kennedy, Jr.
                                                                         United States District Judge